# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH R. PULLIAM,<br><br>    Plaintiff,<br><br>    v.<br><br>M. LOZANO, et al.,<br><br>    Defendants. | Case No. 1:07-cv-00964-MJS (PC)<br><br>**ORDER CORRECTING ERRATUM - AMENDED SECOND SCHEDULING ORDER**<br><br>**(ECF No. 101)** |

The Amended Second Scheduling Order (ECF No. 101) at 3:25 is hereby corrected to delete "October 11, 2013" and replace with "September 25, 2013." The Amended Second Scheduling Order as corrected continues in full force and effect.

IT IS SO ORDERED.

Dated:   August 19, 2013             /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE

1