

FILED
DEC 10 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ___S. ARELLANO___
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH R. PULLIAM,<br><br>   Plaintiff,<br><br>   v.<br><br>M. LOZANO, et al.,<br><br>   Defendants. | Case No.: 1:07-cv-0964-MJS (PC)<br><br>ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON DECEMBER 11, 2013, AT 8:00 A.M. |

Plaintiff Joseph R. Pulliam, CDCR #D-24735 shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:00 a.m. on Wednesday, December 11, 2013.

It is so ORDERED.

DATED: 12/10/13

MICHAEL J. SENG
UNITED STATES MAGISTRATE JUDGE