

**FILED**

DEC 11 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
   DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH R. PULLIAM,<br><br>          Plaintiff,<br><br>     v.<br><br>M. LOZANO, et al.,<br><br>          Defendants. | Case No.: 1:07-cv-0964-MJS (PC)<br><br>NOTICE AND ORDER THAT PLAINTIFF JOSEPH R. PULLIAM IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Jury trial in this matter commenced on December 10, 2013, and judgment was entered for Defendants Lozano and Mason and against Plaintiff Joseph R. Pulliam on December 11, 2013.

Accordingly, Joseph R. Pulliam, CDCR #D-24735, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY ORDERED DISCHARGED.

DATED: 12/11/13                                     _____

                                                                         MICHAEL J. SENG

                                                                UNITED STATES MAGISTRATE JUDGE

1